HOME AND PROSPECT REALTY CORPORATION, Appellant, v. RESOURCE REALTY CORPORATION and Others, Defendants, Impleaded with FISHER ROSENBERG and Others, Respondents.— Order granting an extra allowance and amending the decision and judgment reversed on the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the following grounds: (1) The court was without power to amend the decision and judgment by directing an extra allowance after the costs had been adjusted. (Rules Civ. Prac. rule 200.) (2) The decision and judgment did not award costs to respondents, and there was, therefore, no authority to grant an extra allowance. (*Barnes v. Midland Railroad Terminal Co.*, 161 App. Div: 621.) (3) The affidavit in support of the motion discloses that it was not an " extraordinary and difficult case."\* Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

In the Matter of the Application of BENJAMIN SOLOVAY for an Order of Prohibition against LAWRENCE C. FISH, Justice of Municipal Court of the City of New York. ROSEWOOD BOYS, INC., Appellant; LAWRENCE C. FISH, Justice of the Municipal Court of the City of New York, and FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Respondents.— Order denying application for an order of prohibition affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ., concur.

In the Matter of the Application of the VILLAGE OF BABYLON, Respondent, to Acquire Lands of DEPENDABLE FUEL CORPORATION and Others, Defendants; HERMAN FREUND and " MARY " FREUND, Appellants.— Order denying motion of defendants Freund to dismiss petition affirmed, without costs. No opinion. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

In the Matter of the Judicial Accounting of MINNIE S. WESTERBEKE, as Temporary Administratrix, etc., of WILLIAM WESTERBEKE, Deceased, Appellant. MINNIE ALICE DEGRAFF and WILLIAM H. WESTERBEKE, Individually and as Executors, etc., of WILLIAM WESTERBEKE, Deceased, Respondents.— Decree of the Surrogate's Court of Suffolk county, in so far as appealed from, affirmed, with costs to respondents, payable out of the estate. Lazansky, P. J., Kapper, Scudder and Tompkins, JJ., concur; Davis, J., dissents and votes to reverse on the ground that the language of the will is not sufficiently specific to exclude the statutory allowance, which was not a part of the assets of the estate, under section 200 of the Surrogage's Court Act. [143 Misc. 221.]

KINGS HIGHWAY DEVELOPMENT COMPANY, INC., Respondent, v. FAMILY IMPORTING OLIVE OIL COMPANY, INC., Appellant, Impleaded with Others, Defendants.— Order granting plaintiff's motion to set aside verdict and to grant a new trial unanimously affirmed, with costs to abide the event. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

\*See Civ. Prac. Act, § 1513.— [REP.